UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.    **CV 14-7523-MWF(PLAx)**                              Dated: **October 7, 2015**

Title:      Palmdale 3D, LLC -v- John P. Calamos, Sr., et al.

---

PRESENT:  HONORABLE MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

    Cheryl Wynn                                      None Present
    Relief Courtroom Deputy                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:    ATTORNEYS PRESENT FOR DEFENDANTS:

    None Present                                  None Present

PROCEEDINGS (IN CHAMBERS):       COURT ORDER

    In light of the Notice of Settlement filed October 7, 2015, the Court sets a hearing on Order To Show Cause Re Dismissal for **November 9, 2015 at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  *All other dates are hereby vacated.*

    **IT IS SO ORDERED.**